Response for:

Blake Osborne (Individual)

6 Fawn Grove Ln

Sandy, Ut 84092

January 30, 2026

FILED
CLERK, U.S. DISTRICT COURT
MAR - 2 2026
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION AP BY DEPUTY

Response to plaintiff Trek Power Inc.

---

Case No.5:25-cv-032225 - DTB

"Complaint for breach of Contract"

**Introduction:**

Paragraph-1 Deny (Please provide any and all purchase orders placed by Blake Osborne to Trek Power)

Paragraph-2 Deny (Please provide any and all orders delivered and signed for by Blake Osbonre receiving department)

Paragraph-3 Deny

Paragraph-4 Deny (Venetian Worldwide made all payments pursuant to their purchase orders. Trek Power failed to deliver the product on time and in good standing. See 12 lawsuits by Venetian Worldwide customers i.e. Rent A Center. Trek Power has failed in quality and customer service, none of the issues were ever handled with parts or warranties. Due to the fact the company had their employees in China and refused to obey US consumer's safety protocols. In addition, opening and operating 15 illegal Amazon accounts, as per their own employee's testimony Aston Zho.)

Paragraph-5 Deny (Referring to paragraph 4, every purchase order placed by Venetian Worldwide was paid in full. Trek Power had an obligation to delivery said purchase orders on time and in good quality and failed to do so.)

Paragraph-6 Deny (please provide copies of all unpaid invoices issued by Venetian Worldwide amounting to the said balance of $772,361.39)

**Jurisdiction and Venue:**

Paragraph-7 Deny

Paragraph-8 Deny

**The Parties:**

Paragraph-9 Deny

Paragraph-10 Deny (This is not the Correct address)

Paragraph-11 Deny (This is not the correct address)

**Factual Allegations:**

Paragraph-12 Admit

Paragraph-13 Insufficient Knowledge (Please provide any and all purchase orders issued to Trek Power by Blake Osborne)

Paragraph-14 Insufficient Knowledge (Please provide any and all purchase orders issued to Trek Power by Blake Osborne)

Paragraph-15 Deny (Please provide any and all purchase orders issued to Trek Power by Blake Osborne)

Paragraph-16 Deny (Please provide any and all purchase orders issued to Trek Power by Blake Osborne)

Paragraph-17 Deny

Paragraph-18 Deny

**Causes of Action:**

Paragraph-19 Deny

Paragraph-20 Deny

Paragraph-21 Deny

Paragraph-22 Deny

Paragraph-23 Deny

Paragraph-24 Deny

Paragraph-25 Deny

Paragraph-26 Deny

Paragraph-27 Deny

Paragraph-28 Deny

Paragraph-29 Deny

Paragraph-30 Deny

Paragraph-31 Deny

Paragraph-32 Deny

Paragraph-33 Deny

Paragraph-34 Deny

Paragraph-35 Deny

Paragraph-36 Deny

Paragraph-37 Deny

Paragraph-38 Deny

Paragraph-39 Deny

Blake Osborne requests the dismissal of this lawsuit as it holds no merit or facts aganst him personally. Trek Power Inc is suing any and all vendors and customers they have as the company failed to facilitate on all their agreements. Trek Powers employee and lead US associated has even asked that this case be dismissed as well as part owner of Trek Power "Sophie" whom both reside in Canada. We have Text messages and phone calls to back these claims.

We are asking for the dismissal of Blake Osborne from this lawsuit. Mr. Osborne never issued or ever acted as the purchasing agent for Venetian Worldwide. Mr. Osborne is only a member of the LLC and never received any compensation or gain from doing business with Trek Power. Trek Power's negligence cost Venetian Worldwide LLC over 1.2 million dollars in sales in addition to several accounts due to Trek Powers lack of delivery and quality.

We pray for relief of this lawsuit for Blake Osborne and individual to be fully dismissed.

BLAKE OSBORNE 2/26/26

Retail

UNITED STATES POSTAL SERVICE®

U.S. POSTAGE PAID
PM
SANDY, UT 84093
FEB 27, 2026

92501

**$11.95**

RDC 03 0 Lb 1.20 Oz S2324M504785-47

This packaging is the property of the U.S. Postal Service® and is provid[ed]
solely for use in sending Priority Mail® and Priority Mail International® ship[ments].
Misuses may be a violation of federal law. This package is not for resale. E[…]
© U.S. Postal Service; July 2022; All rights reserved.

FROM:
Blake Osborne
Le Fawn Grove Ln
Sandy, Ut 84092

TO:
United States Dist. Court
3470 Twelth St. Room 134
Riverside, CA 92501

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR - 2 2026
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

**PRIORITY® MAIL**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

FSC MIX Board

how2recycle.info PAPER POUCH

EXPECTED DELIVERY DAY: 03/02/26

USPS TRACKING® #

9505 5134 0814 6058 5047 97

UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

PS00001000012

EP14B July 2022
OD: 10 x 6

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

VISIT US AT USPS.COM®

ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.